```
SECOND CIRCUIT COURT OF APPEALS
------------------------------X     Case No. 22-2035
MERLENE DAYAN and ESTATE OF
RAYMOND DAYAN,

          Plaintiffs-Appellants,
v.

LEONORA SUTTON alk/a LENORA SUTTON,
ESTATE OF MAYER SUTTON, ISAAC SUTTON,
ALBERT SUTTON, MORRIS SUTTON, and
ELIAS SUTTON a/k/a ELLIOT SUTTON,
and ABC Co., Inc. 1-10,

          Defendants-Appellees.
------------------------------X
```

STIPULATION OF DISMISSAL PURSUANT TO F.R.A.P. 42(b)

Plaintiff-Appellant and Defendants-Appellees hereby stipulate to the voluntary dismissal of the appeal.  Each party will bear its own costs and fees.

Dated: New York, New York
December 27, 2022

By: /Gabriel Fischbarg/
Gabriel Fischbarg, Esq.

230 Park Avenue, Suite 908
New York, New York 10169
Tel: 917-514-6261
Attorney for plaintiff-appellant

David Yeger Law PLLC
By:  /David Yeger/
     David Yeger, Esq.

420 Lexington Avenue, Ste. 300
New York, NY 10170
Tel: 212-452-6177
Attorneys for defendants-appellees Leonora Sutton & Estate of Mayer Sutton

Cohen Tauber Spievack & Wagner, P.C.
By: /Stephen Wagner/
　　　Stephen Wagner, Esq.

420 Lexington Avenue, Suite 2400
New York, NY 10170
Tel: 212 586-5800
Attorneys for defendant-appellee Isaac Sutton

Wachtel Missry LLP
By: /Jason Libou/
　　　Jason Louis Libou, Esq.

One Dag Plaza, 885 Second Avenue, 47th Floor
New York, NY 10017
Tel: 212-909-9535
Attorneys for defendants-appellees Albert Sutton & Elias Sutton

Weinberg Zareh Malkin Price LLP
By: /Omid Zareh/
　　　Omid Zareh, Esq.

45 Rockefeller Plaza, 20th Floor
New York, NY 10111
Tel: 347-836-9721
Attorneys for defendant-appellee Morris Sutton