# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of January, two thousand twenty-three,

_____

Merlene Dayan, Estate of Raymond Dayan,

    Plaintiffs - Appellants,

v.

Isaac Sutton, Albert Sutton, Morris Sutton, Elias Sutton, AKA Elliot Sutton, Middlegate Securities Ltd., ABC Co., Inc. 1-10, Lenora Sutton, AKA Lenora Sutton, Estate of Mayer Sutton,

    Defendants - Appellees,

_____

**ORDER**
Docket No. 22-2035

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

